**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ELESHA SOTO,** | * |
| | * |
| Petitioner, | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 25-00166-JB-B |
| | * |
| **KEIDRA BOOKER,** *et al.*, | * |
| | * |
| Respondents. | * |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated April 9, 2026 (Doc. 15) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Court's order and because it is duplicative.

**DONE and ORDERED** this 1st day of May, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE